UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RIGOBERTO MARTINEZ, | ) | CASE NO. CV 12-4274-ODW (PJW) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| MARTIN BITER, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Dismissing Petition,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: April 8, 2013.

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd