UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO MARTINEZ, | ) CASE NO. CV 12-4274-ODW (PJW) |
| Petitioner, | ) |
| v. | ) J U D G M E N T |
| MARTIN BITER, WARDEN, | ) |
| Respondent. | ) |

    Pursuant to the Order Dismissing Petition,

    IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

    DATED:   April 8, 2013.

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd